IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ALFRED L. BROWN, SR.                                                                PLAINTIFF

v.                                      NO. 5:12CV00055 JLH

UNION PACIFIC RAILROAD COMPANY                                       DEFENDANT

## ORDER OF DISMISSAL

Having been notified by counsel that a settlement has been reached in this matter, the Court finds that this case should be dismissed.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against defendant be, and they are, hereby dismissed with prejudice.

The Court retains complete jurisdiction for 30 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 9th day of April, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE